Liza M. Walsh
Rukhsanah L. Lighari
85 Livingston Avenue
Roseland, New Jersey 07068-1765
Tel.: (973) 535-0500
Fax: (973) 535-9217

James C. Dugan (admitted *pro hac vice*)
Estee M. Konor (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel.: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER D. MITTELL,<br><br>Plaintiff,<br><br>v.<br><br>PHD VIRTUAL TECHNOLOGIES, INC., INSIGHT VENTURE PARTNERS, THOMAS CHARLTON, RICHARD WELLS, and MICHAEL TRIPLETT,<br><br>Defendants. | Civil Action No. 2:11-1669 (FSH/PS)<br><br>*Filed Electronically* |

## STIPULATION AND PROPOSED ORDER

**THIS MATTER** having come before the Court upon the application of the undersigned counsel for Plaintiff, Alexander D. Mittell ("Plaintiff"), and the undersigned counsel for Defendants, PHD Virtual Technologies Inc., Insight Venture Partners, Thomas Charlton, Richard Wells, and Michael Triplett (collectively, "Defendants"), in the above-captioned matter, for the

entry of an Order continuing and rescheduling of the return date for the Motion to Dismiss from August 1, 2011 to August 15, 2011 and extending until August 8, 2011 the time within which Defendants may file a reply to Plaintiff's Opposition to Defendants' Motion to Dismiss or, Alternatively, to Administratively Terminate This Action ("Motion to Dismiss"); and the parties hereto having jointly stipulated to the continuation and rescheduling of the return date for the Motion to Dismiss from August 1, 2011 to August 15, 2011 in order to allow them time to engage in settlement discussions.

IT IS on this 21st day of July, 2011;

**ORDERED** as follows:

1. Defendants shall file a reply to Plaintiff's opposition to Defendants' Motion to Dismiss by August 8, 2011; and

2. The return date for the Motion to Dismiss is hereby set as August 15, 2011.

**SO ORDERED.**

HONORABLE FAITH S. HOCHBERG, U.S.D.J.

We hereby consent to the form and entry of the within Order:

| ALEXANDER D. MITTELL | PHD VIRTUAL TECHNOLOGIES, INC., INSIGHT VENTURE PARTNERS, THOMAS CHARLTON, RICHARD WELLS, AND MICHAEL TRIPLETT |
|---|---|
| By: /s/ Gerald B. Sweeney<br>Gerald B. Sweeney<br>SWEENEY LEV, LLC<br>460 Bloomfield Avenue, Suite 200<br>Montclair, New Jersey 07042<br>(973) 509-1800 | By: s/Liza M. Walsh<br>Liza M. Walsh<br>Rukhsanah L. Lighari<br>CONNELL FOLEY LLP<br>85 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 535-0500 |

|  | James C. Dugan<br>Estee M. Konor<br>WILLKIE FARR &<br>GALLAGHER LLP<br>787 Seventh Avenue<br>New York, New York 10019<br>(212) 728-8000 |
|---|---|