# SWEENEY LEV

A Limited Liability Company

## Attorneys at Law

GERALD B. SWEENEY
NJ, IL, CA & NY BARS

GARY B. SCHMIDT
NY & FL BARS

DENNIS M. HAASE
NJ & NY BARS

Of Counsel
ALAN S. ZIEGLER
NJ & CT BARS

460 Bloomfield Avenue, Suite 200
Montclair, New Jersey 07042-3552
Tel: 973-509-1800
Fax: 973-509-1074
www.sweeneylev.com

New York Office:
708 Third Avenue
Suite 2010
New York, NY 10017-4220
Tel: 212-370-4000
Fax: 212-370-7336

October 3, 2011

**Via ECF and Regular Mail**
Honorable Faith S. Hochberg, U.S.D.J.
Honorable Patty Shwartz, U.S.M.J.
U.S. District Court
District Of New Jersey (Newark)
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:  **Alexander D. Mittell v. PHD Technologies, et al**
     **Docket No. 2:11-cv-01669-FSH**

Dear Judge Hochberg and Judge Shwartz:

This firm represents Alexander D. Mittell, plaintiff in the above-referenced matter. The parties have entered into a confidential Settlement Agreement settling the above-referenced matter; and we plan to file, after an initial condition of such agreement is satisfied, a Stipulation Dismissing Action with Prejudice and a proposed Order for the Court to retain jurisdiction to permit enforcement of the Settlement Agreement in the event of a default of such agreement.

Respectfully submitted,

GBS/gr

cc:  L. Walsh, Esq.
     R. Lighari, Esq.
     J. Dugan, Esq.

F:\DOC\1286.000\Complaint\Settlement\FINAL\Letter Judge Hochberg & Judge Shwartz 100311.doc